UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:15-CR-17-1D(1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO CHANGE NAME |
| | ) | |
| JAMES RODNEY PURSER, JR. | ) | |

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to JAMES RODNEY PURSER, JR. be changed to correctly reflect the proper identification of the defendant as JAMES RODNEY PURSER, IV.

This the __5__ day of May 2015.

JAMES C. DEVER III
Chief, United States District Judge