UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:15-CR-17-1D(1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | |
| JAMES RODNEY PURSER, IV | ) | |
| Defendant. | ) | |

Upon motion of the defendant, by and through Counsel, it is hereby ORDERED that Docket Entry Number 39 in the above-captioned matter be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney's Office and Defendant's Counsel.

SO ORDERED this 6 of January, 2016.

_____
THE HONORABLE JAMES C. DEVER III
CHIEF U.S. DISTRICT COURT JUDGE